UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| BRANDON GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 5:22-cv-00080-GFVT |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL BUREAU OF PRISONS, *et al.*, | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

*** *** *** ***

Federal inmate Brandon Gray recently filed a *pro se* civil rights complaint with this Court. [*See* R. 1.] Gray also filed a motion for leave to proceed *in forma pauperis* [R. 3], along with what appears to be a printout of some inmate financial information [*see* R. 4 at 2]. However, Gray's fee motion is deficient because the financial information was not certified by an appropriate official at the prison at which Gray is confined, as required by 28 U.S.C. § 1915(a)(2). [*See id*. at 1 (showing that the form's certification section, which is to be completed by a prison official, is blank).]

Accordingly, it is **ORDERED** that:

1. Gray's current motion for leave to proceed *in forma pauperis* [R. 3] is **DENIED without prejudice**.

2. The Clerk's Office is directed to send Gray the following blank forms:

    a. an Application to Proceed in District Court Without Prepaying Fees or Costs [AO 240 form]; and

    b. a Certificate of Inmate Account Form [E.D. Ky. 523 form].

3. **Within 30 days from the entry of this Order**, Gray must either (a) pay the $402.00 in filing and administrative fees up front and in full or (b) properly ask to pay the

filing fee in installments over time by completing and filing both the AO 240 and E.D. Ky. 523 Forms. If Gray chooses to file the AO 240 and E.D. Ky. 523 Forms, the latter form must be certified (signed) by a prison official.

4. If Gray fails to comply with this Order within the time allotted, the Court will dismiss this case without prejudice.

This the 12th day of April, 2022.

Gregory F. Van Tatenhove
United States District Judge