UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| BRANDON GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 5:22-cv-00080-GFVT |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL BUREAU OF PRISONS, ET AL., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

This matter is before the Court on the *pro se* plaintiff's motion for the appointment of counsel.  [R. 6.]  The Court has reviewed the plaintiff's motion but will deny his request.  The plaintiff does not have a constitutional right to counsel in this civil case, and this matter does not present the kind of exceptional circumstances that would otherwise justify the appointment of counsel, at least at this early stage in the litigation.  *See Lanier v. Bryant*, 332 F.3d 999, 1006 (6th Cir. 2003).  Indeed, this case does not appear to be overly complex, and the plaintiff's submissions to date indicate he is currently able to competently represent himself in these proceedings.

Accordingly, it is **ORDERED** that the plaintiff's motion for the appointment of counsel [R. 6] is **DENIED**.

This the 12th day of April, 2022.

Gregory F. Van Tatenhove
United States District Judge