UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

**FILED**
APR 19 2022
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

BRANDON GRAY,
PLAINTIFF,

V.  CASE NO. 5:22-CV-080-GFVT

FEDERAL BUREAU OF PRISONS, et al,
DEFENDANTS.  DATE: 4-8-22

## DECLARATION OF BRANDON GRAY

SHORT DESCRIPTION:

I, Brandon Gray, am the victim and Plaintiff of this legal proceeding. I'm a male-to-female Transgender inmate detained in federal custody of the Federal Bureau of Prisons. I was 26 years old when the events occurred. I was detained in the Special Housing Unit at the Federal Medical Center Lexington. I have never been sexually involved with an officer nor did I ever wish to be. All officers at the Federal Medical Center Lexington knew I was Transgender by obvious appearance and verbal comments. I made it very evident to all officers working in the Special Housing Unit that I was Transgender and the Bureau had record of it in their SENTRY database.

PAT SEARCH INCIDENT:

On the morning of June 26, 2021 I never imagined that I would be sexually assaulted by an officer. I remember and I have flashbacks and nightmares to this date; coming out of my cell and officer Belt performing a pat search of my chest area and then inappropriately squeezing my breasts hard and I remember thinking "oh my God, is this really happening to me? What did he just do to me? Did he really just grope my breasts?" and I just remember being in complete shock. I remember not being able to voice my reactions because I had fear; fear that this is an authority figure and the fear that I was defenseless and powerless because I'm handcuffed and I can't do anything. I just remember trying to process everything but being frozen. I felt violated, shame, guilt, anger, disgust and fear.
Then I remember hearing officer Renye laughing while saying "I bet his boobs felt nice." I was still in complete shock and utter disbelief. I again felt scared, disgust, degraded, embarassed, humiliated and feeling totally violated. I thought "what is going to happen to me next?"

WALKING DOWN RANGE 1 NAKED INCIDENT:

I remember asking officer Belt and and Renye to talk to a Lieutenant or PREA coordinator and the officers telling me there was someone on the range. I remember walking out of the Law Library in my ripped jumpsuit that exposed my breasts and genitals and not having any underwear. I remember walking by the officers station and seeing LT. Gramoli and I can still remember hearing her laughter and her ridiculing me by yelling at us "that's no female, that's a man with a small penis!" and I remember feeling violated, angry, embarassed, humiliated, ashamed and scared. I remember walking down range 1 in complete fear. I remember being totally exposed. I remember feeling totally violated and disgusted. I remember

feeling degraded and disgusted while walking down that long range to my cell and thinking "is this almost over? What will they do to me next?" I remember seeing people's faces at their cell doors watching. I remember the officers putting me in my cell and leaving and hearing the rude and uncalled for remarks from all inmates who were laughing at me and judging me and saying "did they really just walk you down here naked?" I just remember being ridiculed, called names, laughed at and targeted by inmates for weeks to come. Feelings of embarassment, shame, guilt, fear and disgust.

RETALLIATION INCIDENTS:

Shortly after reporting the PREA, I remember being targeted by staff. One incident I remember is being told by the Orderly that officers were not giving me my mail and withholding it. I remember asking for it and them denying that I had any mail on several ocassions. That incident went on until the day I transferred. I remember not recieving commissary for four weeks straight in a row. I remember feeling so hungry like I was starving and I remember crying on several ocassions after not receiving it. I remember confronting the officers and getting into arguments with them over this. Another incident is when an officer moved my cell-mate to another cell and then they had to move him back to my cell and I remember respectfully telling the officers "I don't want him as a cell-mate." I remember both of the officers looking at each other and saying to me "inmate Gray, you have a history of suicidal behavior, correct? If you do not take this guy as your cell-mate; we will write up a report saying you were hitting your head off the wall, then come in and pepper spray your ass and then, you'll take him as your cell-mate." I remember LT. Lawson making cell changes and putting me in with inmates who already knew I was Transgender and threatened to beat my ass. I remember one inmate telling me to get on the cell door and scream for your life. I remember one inmate telling me to go on suicide watch. I remember one inmate getting into a fight stance and about to attack me. I know this was due to LT. Lawson's orders because he was the SHU Lieutenant and made the moves. I remember on several incidents SHU officers refused to provide SHU supplies such as soap, deodorant, toothpaste, paper and nail clippers. I remember having to get my psychologist involved several times to remedy this. I remember wanting to go on suicide watch so many times due to the threats of cell-mates putting my life at risk. I remember talking to the psychologist once about it and almost going on. I just remember my life being threatened numerous times. I remember feeling scared and like I was walking on egg shells. I never felt safe. I couldn't trust inmates or officers. I was in constant fear of something happening to me at all times.

CONCLUSION:

I certify under perjury that the above information is accurate and true.

Due to the information above, it is obvious and clear that the Federal Bureau of Prisons' officers not only sexually assaulted me but also sexually harassed me and retaliated against me for filing my report. The officers not only put my life at risk, my safety but also victimized me in disgusting, degrading, horrific and terrifying ways that to this date still remain as PTSD flashbacks and extreme paranoia. To this date I still have daily nightmares of the trauma. I still feel unsafe in my enviroment and I have extreme severe paranoia around male officers. I'm not only a victim (thanks to the Bureau) but I'm a statisic that keeps growing year

after year; if not stopped by the Court and legal system.

Respectfully Yours,

*B. Gray*

BRANDON GRAY
FMC DEVENS
P.O. BOX 879
AYER, MA 01432

ON THIS 08
DAY OF April
2022.